1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
   Aldo Secaida, an individual and
8  d/b/a www.brilliantbuys.co.uk
   *aldo@ifreelancewebdevelopment.com*
9  517 West Puente Street #2
   Covina, California 91722
10 Telephone:   (626) 664-3082

11 Defendant, *in pro se*

12                    UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

14 
   Adobe Systems Incorporated,            )   Case No. C10-3566 RS
15                                         )
                       Plaintiff,          )   STIPULATION TO EXTEND
16         v.                              )   DEADLINE TO COMPLETE ADR
                                           )
17 Aldo Secaida, an individual and d/b/a   )
   www.brilliantbuys.co.uk, and Does 1 – 10, )
18 inclusive,                              )
                                           )
19                     Defendants.         )
                                           )
20

21         PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its

22 counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., and Defendant Aldo Secaida, an

23 individual and d/b/a www.brilliantbuys.co.uk ("Defendant"), *in pro se*, hereby stipulate and agree

24 as follows:

25         WHEREAS the Complaint was filed in the above-captioned matter on or about August 13,

26 2010;

27

28

Adobe v. Secaida: Stip. to Extend ADR Deadline           - 1 -

WHEREAS the Court issued a Case Management Scheduling Order ("Order") on or about November 5, 2010;

WHEREAS the Court's Order provided for alternative dispute resolution to be completed by March 4, 2011;

WHEREAS the Parties and assigned mediator held a pre-mediation conference call on or about December 29, 2010.  At that time, the Parties scheduled mediation to take place on March 3, 2011, with a further conference call to discuss settlement prior to formal mediation to take place on January 31, 2011;

WHEREAS the Parties and assigned mediator held a further conference call on or about January 31, 2011.  At that time, the mediation was rescheduled to March 2, 2011, due to a conflict which had arisen with the mediator, and subsequent conference call was scheduled for February 22, 2011;

WHEREAS, on or about February 14, 2010, an ADR Program Staff Attorney emailed the Parties and mediator informing that the scheduled mediation could not be canceled at Defendant's request;

WHEREAS the Parties and assigned mediator held a third pre-mediation conference call on or about February 22, 2011, at which time Defendant stated that he could not attend the mediation on March 2, 2011, due to travel arrangements being too expensive;

WHEREAS Defendant requested that the mediation be rescheduled to sometime within the following two weeks, beyond the March 4, 2011, deadline, per the Court's Order;

WHEREAS Plaintiff is prepared to attend mediation on March 2, 2011, but does not oppose the continuation of the mediation should the Court grant an extension to the ADR deadline;

WHEREAS the mediator has indicated that he could be available at various times throughout the month of March; and

WHEREAS no other Court deadlines will be affected by an extension of the ADR deadline.

NOW, THEREFORE, Adobe and Defendant stipulate and request the Court to extend the ADR deadline to April 1, 2011.

DATED: February 25, 2011

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: February 24, 2011

Aldo Secaida, an individual and d/b/a www.brilliantbuys.co.uk

By: _____
Aldo Secaida, an individual and
d/b/a www.brilliantbuys.co.uk
Defendant, *in pro se*

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: __2/25__, 2011

_____
Richard Seeborg
UNITED STATES DISTRICT JUDGE